IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ANTHONY CROOK                                                                       PLAINTIFF

VS.                                                         CIVIL ACTION NO. 4:10-CV-75-P-S

THE CITY OF GREENVILLE, MISSISSIPPI, ET AL.                           DEFENDANTS

## **ORDER**

This matter is before the court *sua sponte* regarding the Order granting defendants Cordell Gray and Danny Bew's motion to continue the hearing on plaintiff's motion for default. The court granted the motion to continue on November 9, 2010. The court and current parties are prepared to move forward with litigation.

IT IS, THEREFORE, ORDERED that defendants Gray and Bew are required to file a motion to set aside the clerk's entry of default entered against them, or otherwise respond to the pending motion for default judgment, on or before Wednesday November 17, 2010.

SO ORDERED, this the 12th day of November, 2010.

/s/David A. Sanders
UNITED STATES MAGISTRATE JUDGE